# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALLEN POLK                                                                                          PLAINTIFF

V.                                    4:11CV00501 BRW/JTR

PULASKI COUNTY, et. al.                                                              DEFENDANTS

## ORDER

Separate Defendants Seaton and McKenzie have filed a Motion to Dismiss and a Supporting Brief. *See* docket entries #43 and #44. The Court will give Plaintiff thirty days to file a Response to that Motion

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff shall file, **within thirty days of the entry of this Order**, a Response to Defendant Seaton's and McKenzie' Motion to Dismiss (docket entry #43).

2.   Plaintiff is advised that his failure to timely do so will result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]

---

[1] Local Rule 5.5(c)(2) provides, in pertinent part that: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

Dated this 6th day of October, 2011.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE