# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALLEN POLK,
#1902-1                                                                                        PLAINTIFF

V.                                        4:11CV00501 BRW/JTR

PULASKI COUNTY, et. al.                                                     DEFENDANTS

## ORDER

Separate Defendants Blankenship, Elizandro, Hunter, Ward, and Woodward have filed a Motion (docket entry #59) asking that discovery be stayed in this case until the Court rules on their Motion to Dismiss (docket entry #21).

The Court finds good cause for granting this request. This means that Plaintiff and the above listed Defendants must stop sending discovery requests to each other or responding thereto until the stay is lifted by a Court Order.

IT IS THEREFORE ORDERED THAT Defendants' Motion to Stay Discovery (docket entry #59) is GRANTED.

Dated this 17th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE