IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN POLK,
#1902-11                                                                                                    PLAINTIFF

V.                                          4:11CV00501 BRW/JTR

PULASKI COUNTY, *et. al*.                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. Plaintiff filed a response agreeing with the proposed findings. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's Motion for Default Judgment (docket entry #53) is DENIED.

2.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 25th day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE