# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALLEN POLK,
ADC #96606                                                                                    PLAINTIFF

V.                                        4:11CV00501 JTR

GREG BLANKENSHIP,
North Little Rock Police Department, et al.                                    DEFENDANTS

## ORDER

There are two non dispositive Motions pending in this § 1983 action. The Court will address each Motion separately.

### I.  Plaintiff's Motion for a Continuance

This case is currently set for a jury trial on July 17, 2012. *See* docket entry #87. Plaintiff has filed a Motion seeking a continuance of the July 17, 2012 jury trial so that he may conduct additional discovery. *See* docket entry #90. Specifically, Plaintiff seeks an additional 90 days to complete discovery and 120 days to file Motions. *Id.* Importantly, Plaintiff states that Defendants do not object to his request. *Id.* Accordingly, the Motion for a Continuance is granted. A Revised Scheduling Order imposing a new jury trial date and other deadlines will be separately entered.

### II.  Plaintiff's Motion for Preapproval of Costs

Appointed counsel for Plaintiff has filed a Motion seeking preapproval of reimbursement from the Library Fund of costs he will incur deposing eight individuals, which include some of the six Defendants and other unspecified witnesses. *See* docket entry #91. Counsel estimates that it will cost approximately $2,500 in court reporter fees to depose all eight individuals. *Id.*

The Court finds Plaintiff's request to be reasonable and in compliance with Local Rule 83.6. Thus, the Motion is granted. After Plaintiff has finished the depositions, he should file a Motion for Reimbursement that includes documentation establishing the costs that were actually incurred.

### III. Conclusion

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for a Continuance (docket entry #90) is GRANTED.

2. Plaintiff's Motion for Preapproval of Costs (docket entry #91) is GRANTED.

Dated this 25th day of April, 2012

                                                               _____
                                                UNITED STATES MAGISTRATE JUDGE